UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY QUINN,

                        Plaintiff,

      -against-                               20 **CIVIL** 3261 (KMK)

## JUDGMENT

UNITED STATES OF AMERICA,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2021, the Government's Motion is GRANTED. Though Plaintiff did not (and was under no obligation to) address the Government's affirmative statute-of-limitations defense in his Complaint, he subsequently addressed the issue in his Opposition papers, including by way of a supplemental declaration that the Court has considered in reaching its conclusion. Accordingly, Plaintiff's Complaint is dismissed with prejudice and this case is closed.

**Dated:** New York, New York

        February 25, 2021

                                                                     **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                      BY:

                                                                 **Deputy Clerk**